UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-01463-DG-JRC**

| | |
|---|---|
| **Abeth Hashimi**, <br>        Plaintiff, <br> vs. <br><br> **Home Savings Bank,** and <br> **120 Texas Chicken Corp**, <br>        Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT HOME SAVING BANK** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *without prejudice*, against Defendant Home Savings Bank.

Dated: November 20, 2024.

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
  *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com